**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DEBBIE CARDONA,

     Petitioner

   v.

WORKERS' COMPENSATION APPEAL
BOARD (PLEASANT VALLEY MANOR),

     Respondent

: No. 148 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.